# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　　Plaintiff,<br><br>　　　　-vs-<br><br>HKVS, INVESTMENTS, LLC and LONG PROSPERITY INVESTMENTS, LLC, individually,<br><br>　　　　　　Defendants. | Cause No. 2:21-cv-657<br><br>NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

The parties, by and through counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. The parties are currently working on memorializing their settlement in a written agreement, and jointly request that all deadlines in this matter be stricken. The parties will file dismissal papers with the Court within thirty (30) days of filing this Notice of Settlement.

　　　Respectfully submitted this 16th day of July, 2021.

Notice of Settlement   Page | - 1 -

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206) 445-3961

Jointly Submitted By:

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com
*Attorneys for Plaintiff*

*/s/ Gerald F. Robison*
Gerald F. Robison
WSBA #23118
Law Office of Gerald F. Robison
648 S. 152nd, #7
Burien, Washington 98148
Telephone: 206-243-4219
Email: jerry@gfrobisonlaw.com
*Attorney for Defendants*